UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bubble Beauty, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Five Below, Inc. and Upper Canada Soap and Candle Makers Corporation, <br><br> Defendants. | 1:25-cv-02401 (NRB) (SDA) <br><br> ORDER SCHEDULING <br> <u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, December 4, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that, although Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference, due to the Thanksgiving holiday, the parties may submit their pre-conference letters no later than Monday, December 1, 2025.

SO ORDERED.

Dated:   New York, New York
         September 3, 2025

_____
STEWART D. AARON
United States Magistrate Judge