UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

BUBBLE BEAUTY, INC.,

                    Plaintiff,

        - against -                              **ORDER**

FIVE BELOW, INC. and UPPER CANADA SOAP          25 Civ. 2401 (NRB)
AND CANDLE MAKERS CORPORATION,

                    Defendants.

--------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, see ECF No. 26, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.


DATED:   New York, New York
         December 5, 2025



_____
       NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE